No. 98–212. MICHIGAN v. BASS. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 97–1895. MCCARTHY ET AL. v. PROVIDENTIAL CORP. ET AL. C. A. 9th Cir. Motion of Stephane Bourcier de Carbon et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ▮

No. 97–1929. MONTANA ET AL. v. ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 9th Cir. Motions of Montana Association of Counties, National Water Resources Association et al., and Sunnyside Valley Irrigation District et al. for leave to file briefs as *amici curiae* granted. Certiorari denied. ▮

No. 97–1958. SMALL LANDOWNERS OF OAHU ET AL. v. CITY AND COUNTY OF HONOLULU. C. A. 9th Cir. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▮

No. 97–1999. FIREMAN'S FUND INSURANCE CO. v. M. V. DSR ATLANTIC, HER ENGINES, TACKLE, MACHINERY, IN REM, ET AL. C. A. 9th Cir. Motion of American Institute of Marine Underwriters for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▮

No. 97–2032. KAIMOWITZ v. FLORIDA ET AL.; KAIMOWITZ v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA; and KAIMOWITZ v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA. C. A. 11th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. ▮

No. 97–2081. SASSANI v. UNITED STATES. C. A. 4th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. ▮

No. 97–9571. GRIFFIN v. UNITED STATES. C. A. 7th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.